# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CONNIE GIBBS,<br>on behalf of herself and others<br>similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT<br>SERVICES INC., a Foreign for Profit<br>Corporation,<br><br>    Defendant.<br>_____ | CASE NO.: 2:21-cv-2153-SHM/cgc<br><br>FLSA COLLECTIVE ACTION |

## JOINT NOTICE OF SETTLEMENT

Plaintiff CONNIE GIBBS, on behalf of herself and others similarly situated, ("Plaintiff") and Defendant SEDGWICK CLAIMS MANAGEMENT SERVICES INC. ("Defendant" or "Sedgwick"), (collectively "the Parties"), by and through their undersigned counsel, hereby give notice that they have reached a settlement in this matter. The Parties are currently working to prepare the Joint Motion to Approve Settlement and related documents to file with the Court and expect to file the same within three (3) weeks.

Respectfully submitted on this 4th day of October, 2023.

| | |
|---|---|
| LYTLE & BARSZCZ, P.A.<br>533 Versailles Drive<br>2nd Floor<br>Maitland, FL  32751<br>Telephone: (407) 622-6544<br>Facsimile: (407) 622-6545<br><br>By:   */s/ Mary E. Lytle*<br>      Mary E. Lytle, Esq.<br>      Florida Bar No. 0007950<br>      mlytle@lblaw.attorney | WILSON TURNER KOSMO LLP,<br>402 West Broadway<br>Suite 1600<br>San Diego, CA 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669<br><br>By:   */s/ Robin A. Wofford*<br>      Robin A. Wofford, Esq.<br>      California Bar No. 137919<br>      rwofford@wilsonturnerkosmo.com |

| | |
|---|---|
| David V. Barszcz, Esq.<br>Florida Bar No. 750581<br>dbarszcz@lblaw.attorney<br><br>Attorneys for Plaintiffs | Lois M. Kosch, Esq.<br>California Bar No. 131859<br>lkosch@wilsonturnerkosmo.com<br><br>Leticia C. Butler, Esq.<br>California Bar No. 253345<br>lbutler@wilsonturnerkosmo.com<br><br>OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.<br>6410 Poplar Avenue, Suite 300<br>Memphis, TN 38119<br>Telephone: (901) 767-6160<br>Facsimile: (901) 767-7411<br><br>Thomas L. Henderson, Esq.<br>Tennessee Bar No.: 011526<br>Thomas.Henderson@ogletreedeakins.com<br><br>Attorneys for Defendant |